IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICARDO MCCLINTON and DORIS JONES, Individually and as Administrators of the Estate of JAMARI MCCLINTON, | * |
| | * |
| Plaintiffs, | Case No. 5:22-cv-00109-MTT |
| v. | * |
| | * |
| WARDEN WALTER BERRY, et al | * |
| Defendants. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 14th day of February, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk